UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar

Law Offices of Camille J. Kassar, LLC

35 Northwest Street

Lincoln Park, NJ 07035

973-879-6351

Fax:973-860-2448

Attorney for Debtor

| In Re: | Case No.: | 23-16584 |
| Irene M. Heyler | Chapter: | 13 |
| | Hearing Date: | 11/8/2023 |
| | Judge: | MBK |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Motion to Extend time Docket#22 and #26. _____

_____

Date: 11/7/2023 _____          /s/ Camille J. Kassar _____
                                         Signature

*rev.8/1/15*